CHARLES PAYSON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PETER A. SCHWERDT, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Clapp & Eisenberg* for the petitioners.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* for the respondents.

October 3, 1960.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. WILLIAM D. REED, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

*Mr. Brendan T. Byrne* and *Mr. Melvin P. Antell* for the petitioner, cross-respondent.

*Mr. Sheldon A. Weiss* for the respondent, cross-petitioner.

October 3, 1960.   Granted.